# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:16-CV-00992-KMT

SYLVIA JARAMILLO,

      Plaintiff,

          v.

LEPRINO FOODS COMPANY,

      Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

---

Plaintiff Sylvia Jaramillo ("Plaintiff") and Defendant Leprino Foods Company ("Leprino"), by their respective undersigned counsel, hereby jointly stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against Defendant in this action. Each Party shall pay her/its own attorneys' fees and costs.

Defendant filed a Motion for Summary Judgment on August 12, 2016 [Doc. No. 16]; Plaintiff filed a Verified Rule 56(d) Motion to Defer Ruling on Defendant's Motion for Summary Judgment on September 21, 2016 [Doc No. 35]; and Plaintiff filed a Motion for Leave to File a Second Amended Complaint on October 31, 2016. [Doc 43] (collectively, "Motions"). In light of the Joint Stipulation for Dismissal with Prejudice, the Parties'

respective Motions are now moot.  The Parties hereby agree to stipulate the Motions as moot.

Dated:  February 6, 2017.

s/ Richard K. Blundell

Richard K. Blundell, Esq.
Law Office of Richard K. Blundell
1233 8th Street
Greeley, CO 80631
Tel:  (970) 356-8900
Fax: (970) 353-9977
rick@rkblaw.net


ATTORNEY FOR PLAINTIFF
Sylvia Jaramillo

s/ William C. Brittan

William C. Brittan, Esq.
Margaret R. Pflueger, Esq.
Campbell Killin Brittan & Ray, LLC
270 St. Paul Street, Suite 200
Denver, CO 80206
Tel: (303) 322-3400
Fax: (303) 322-5800
Email: bbrittan@ckbrlaw.com
Email: mpflueger@ckbrlaw.com

ATTORNEYS FOR DEFENDANT
Leprino Foods Company


## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2017 the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** was filed and served via ECF to the following:

Richard K. Blundell
Law Office of Richard K. Blundell
1233 8th Avenue
Greeley, CO 80631


Signed original document maintained
and available pursuant to Rule 121.

s/Andrea Davis
 Andrea Davis